THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRIMO LOCATION LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JOHN M. WOODLEY, an individual,<br><br>Defendant.<br>_______________<br>JOHN M. WOODLEY, dba BEST BOAT DETAIL,<br><br>Counterclaimant,<br><br>v.<br><br>M/V DOUBLE O SEVEN, O.N. 1150617, her botas, equipment, tackle, apparel and other appurtenances, *in rem*; PRIMO LOCATION LLC, *in personam*,<br><br>Counterclaim Defendants.<br>_______________<br>PRIMO LOCATION LLC, a Washington limited liability company,<br><br>Third Party Plaintiff,<br><br>v.<br><br>JANE WOODLEY, an individual; JOHN M. WOODLEY and JANE WOODLEY, a marital community,<br><br>Third Party Defendants. | IN ADMIRALTY<br><br>Case No. 2:26-cv-01487-LK<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL |



HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

JANE WOODLEY,

Third Party Plaintiff,

v.

WILLIAM DAVIS,

Third Party Defendant.

## STIPULATION

Plaintiff/Counterclaim Defendant/Third Party Plaintiff Primo Location, LLC, Third Party Defendant William Davis, Defendant John M. Woodley, Counterclaimant John M. Woodley d/b/a/ Best Boat Detail, and Third Party Defendant/Third Party Plaintiff Jane Woodley, by and through their respective attorneys, stipulate that all the claims, counterclaims, and third-party claims, *in personam* and *in rem*, have been fully settled and compromised and may be dismissed with prejudice and without an award of costs or fees to any party.

STIPULATED AND AGREED TO this 11th day of August 2026.



HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289

HOLMES WEDDLE & BARCOTT, P.C.

*/s/ Svetlana P. Spivak*
Svetlana P. Spivak, WSBA #30478
John E. Casperson, WSBA #14292
Divya Dhami, WSBA #64625
3101 Western Avenue, Suite 500
Seattle, Washington 98121
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: sspivak@hwb-law.com
jcasperson@hwb-law.com
ddhami@hwb-law.com
Attorney for Plaintiff, Third Party Plaintiff
and Counterclaim Defendants

GIBBONS & ASSOCIATES, P.S.
By *//ss//* Steven V. Gibbons
Steven V. Gibbons, WSBA #14028
601 Union Street, Suite 2600
Seattle, WA 98101-4000
206 381-3340 (phone); 206 381-3341 (fax)
svg@gibbonslawgroup.com
Attorneys for John Woodley d/b/a Best Boat Detail;
Jane Woodley and John M. Woodley

**~~[PROPOSED]~~ ORDER**

IT IS HEREBY ORDERED that this action, including all claims asserted by or against Primo Location, LLC, John M. Woodley, John M. Woodley d/b/a/ Best Boat Detail, Jane Woodley, William Davis, and M/V DOUBLE O SEVEN, are DISMISSED with prejudice and without award of costs of fees to any party.

IT IS SO ORDERED.

DATED this 11th day of August, 2026.

Lauren King

THE HONORABLE LAUREN KING
United States District Court Judge



HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121
TELEPHONE (206) 292-8008
FAX (206) 340-0289